UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00674-FDW-DSC

| | |
|---|---|
| Michael Easton,<br>*on behalf of himself and all others similarly situated*,<br><br>    Plaintiffs,<br><br>vs.<br><br>Baku, LLC,<br>Birdie Yang,<br><br>    Defendants. | NOTICE OF HEARING |

TAKE NOTICE that, as stated in the Court's previously issued Case Management Order, (Doc. No. 17), this case is set for trial for the Court's trial term beginning May 6, 2019. **The Court will hold a final pretrial conference on April 10, 2019 at 12:00 p.m. in Courtroom 2-2 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202.**

IT IS SO ORDERED.

Signed: March 27, 2019

_____
Frank D. Whitney
Chief United States District Judge

1